UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>v.<br><br>FOX BROADCASTING COMPANY, LANGLEY PRODUCTIONS, INC., CITY OF WORCESTER, SERGEANT THOMAS NEEDHAM, CAMERAMAN DOE 1, CAMERAMAN DOE 2, OFFICER DOE 1, OFFICER DOE 2, OFFICER DOE 3,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.<br>) 4:09-CV-40191<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT LANGLEY PRODUCTIONS, INC.'S MOTION TO DISMISS PLAINTIFF JOHN DOE'S COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS**

Defendant Langley Productions, Inc. hereby moves to dismiss the claims in this action based on plaintiff's insufficient service of process on defendant. The grounds for this Motion are set forth in the memorandum of law filed herewith.

**REQUEST FOR ORAL ARGUMENT**

Defendant respectfully requests that the Court allow oral argument on this motion.

2

                    LANGLEY PRODUCTIONS, INC.,

                    By its attorneys

                    /s/Rachel E. Brodin
                    Leonard H. Freiman (BBO #560233)
                    Rachel E. Brodin (BBO #666227)
                    GOULSTON & STORRS, P.C.
                    400 Atlantic Avenue
                    Boston, Massachusetts 02110-3333
                    Telephone:  (617) 482-1776
Dated:  November 4, 2009       Facsimile:  (617) 574-4112

## CERTIFICATE OF CONSULTATION

      Pursuant to L.R. 7.1(A)(2), this will certify that counsel for Langley Productions, Inc. and counsel for plaintiff John Doe conferred via telephone on November 4, 2009 in a good faith attempt to resolve or narrow the issues raised by Langley Productions, Inc.'s Motion to Dismiss, but were unable to reach agreement.

                                            /s/Rachel E. Brodin_____

Dated:  November 4, 2009                Rachel E. Brodin

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                            /s/Rachel E. Brodin_____

                                            Rachel E. Brodin

Dated:  November 4, 2009