UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>FOX BROADCASTING COMPANY, LANGLEY PRODUCTIONS, INC., CITY OF WORCESTER, SERGEANT THOMAS NEEDHAM, CAMERAMAN DOE 1, CAMERAMAN DOE 2, OFFICER DOE 1, OFFICER DOE 2, OFFICER DOE 3,<br><br>    Defendants. | CIVIL ACTION<br>NO. 4:09-CV-40191-FDS |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT FOX BROADCASTING COMPANY ONLY

The parties, by their undersigned counsel, pursuant to Rule 41(a)(1)(ii), Federal Rules of

Civil Procedure, hereby stipulate to the dismissal without prejudice of the defendant Fox

Broadcasting Company only.  All other parties remain unaffected by this dismissal without

prejudice.

| JOHN DOE | FOX BROADCASTING COMPANY and LANGLEY PRODUCTIONS, INC. |
|---|---|
| By his attorneys, | By their attorneys, |
| /s/ Robert A. Scott _____ | |
| Hector E. Pineiro (BBO #555315) | /s/ Leonard H. Freiman _____ |
| Robert A. Scott (BBO #648740) | Leonard H. Freiman (BBO #560233) |
| 807 Main Street | Laura E. D'Amato (BBO #641733) |
| Worcester, Massachusetts  01610 | GOULSTON & STORRS, P.C. |
| Telephone:  (508) 770-0600 | 400 Atlantic Avenue |
| Facsimile:  (508) 770-1300 | Boston, Massachusetts 02110-3333 |
| hector@pineirolegal.com | Telephone:  (617) 482-1776 |
| robin@pineirolegal.com | Facsimile:  (617) 574-4112 |
| | lfreiman@goulstonstorrs.com |
| | ldamato@goulstonstorrs.com |

2

CITY OF WORCESTER, et al.

By their attorneys,


/s/ Wendy L. Quinn _____
Wendy L. Quinn (BBO #653954)
Andrew J. Abdella (BBO #665663)
Assistant City Solicitors
City Hall, Room 301
455 Main Street
Worcester, Massachusetts  01608
Telephone:  (508) 799-1161
Facsimile:  (508) 799-1163
quinnwl@worcesterma.gov
abdellaaj@worcesterma.gov


Dated:  October 22, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants identified on the Notice of Electronic Filing.


/s/ Leonard H. Freiman

GSDOCS\2018133.1